UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re: Larry Ward

Case No. 10-68727-tjt
Chapter 7

Debtor(s)
_____/

**ORDER TO SHOW CAUSE WHY DEBTOR IS ENTITLED TO A DISCHARGE**

A voluntary petition commencing a case under Title 11 of the United States Code was filed on 09/15/2010 by the above entitled Debtor. This Court is advised that the Debtor has previously been granted a discharge in a Chapter 13 case, Case No. 04-66570, that was filed on September 21, 2010 in the Eastern District of Michigan. Pursuant to 11 U.S.C. §727(a)(8) and §727(a)(9) of the Bankruptcy Code, the Court cannot grant the Debtor a discharge if the Debtor has been (i) granted a discharge in a Chapter 7 or 11 case commenced within 8 years before filing this case; or (ii) granted a discharge in a Chapter 12 or 13 case commenced within the last 6 years before filing this case.

**IT IS ORDERED** that, unless the debtor(s) agrees that he/she is not entitled to a discharge, the Debtor(s) and attorney for the Debtor(s) appear before this Court on Wednesday, September 29, 2010 at 9:00 a.m. in Courtroom 1925, and show cause why the Debtor(s) is entitled to a discharge in view of 11 U.S.C. §727(a)(8) and §727(a)(9).

**Signed on September 16, 2010**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge